**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GAYE L. WHIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-07-1102-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 16, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that the Commissioner's final decision denying, in part, plaintiff's application for disability insurance benefits under the Social Security Act be affirmed. Magistrate Judge Roberts specifically advised the parties of their right to object to the Report and Recommendation by August 5, 2008. She further advised the parties that failure to make timely objection waives the right to appellate review of both factual and legal issues therein contained.

To date, neither party has filed any objection to the Report and Recommendation. In addition, neither party has filed a request for an extension of time to file an objection. With no objection being filed and the court agreeing with the analysis and recommendation of Magistrate Judge Roberts, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on July 16, 2008 (doc. no. 13) is **ACCEPTED**,

**ADOPTED**, and **AFFIRMED**.  The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, is **AFFIRMED**.  Judgment shall issue forthwith.

DATED August 11, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1102p002.wpd